KRISTINA S. HOLMAN #3742
703 S. Eighth Street
Las Vegas, Nevada 89101
Tel: (702) 614-4777
Fax: (702) 487-3128
Email: kholmanlaw@gmail.com
 Attorney for Plaintiff,
 SYLVIA VAZQUEZ

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SYLVIA VAZQUEZ,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>VALLEY HOSPITAL MEDICAL CENTER, INC., a Nevada corporation; ROE CORPORATIONS I through X, inclusive; and DOES I through X, inclusive,<br><br>　　　　Defendants. | Case No: 2:13-cv-02125-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT AND FOR DEFENDANT TO FILE ITS REPLY IN SUPPORT OF SUMMARY JUDGMENT**<br>**(First Request)** |

　　　　Plaintiff, SYLVIA VAZQUEZ, by and through her attorney of record, Kristina S. Holman, and Defendant, VALLEY HOSPITAL MEDICAL CENTER, INC., by and through its attorney of record, Elayna J. Youchah of Jackson Lewis LLP, hereby stipulate and agree to extend the time for Plaintiff to file her opposition to Defendant's Motion for Summary Judgment and for Defendant to file its Reply.

　　　　Specifically, Plaintiff shall have through and including March 13, 2015 to file her opposition to Defendant's Motion for Summary Judgment and Defendant shall have through and including April 3, 2015 to file its Reply in Support of Summary Judgment.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

This stipulation and order is sought in good faith and not for the purpose of delay. No prior request for any extension of time has been made.

Respectfully submitted this 2nd day of March, 2015.

HOLMAN LAW OFFICE

By: /s/ Kristina L. Holman
KRISTINA S. HOLMAN
703 S. Eighth Street
Las Vegas, NV 89101
(702) 614-4777
Attorney for Plaintiff,
SYLVIA VAZQUEZ

JACKSON LEWIS LLP

By: /s/
ELAYNA J. YOUCHAH
3800 Howard Hughes Parkway, Ste. 600
Las Vegas, NV 89169
(702) 921-2460
Attorney for Defendant,
VALLEY HOSPITAL MEDICAL CENTER, INC.

**ORDER**

IT IS SO ORDERED.

Dated March 3, 2015.

_____
United States District Judge