Elayna J. Youchah, Bar No. 5837
youchahe@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SYLVIA VAZQUEZ,<br><br>         Plaintiff,<br><br>    v.<br><br>VALLEY HOSPITAL MEDICAL CENTER, INC., a Nevada corporation; ROE CORPORATIONS I through X, inclusive; and DOES I through X, inclusive,<br><br>         Defendants. | Case No. 2:13-cv-02125-JCM-VCF<br><br>**STIPULATION AND ORDER TO DISMISS PLAINTIFF'S FIRST CAUSE OF ACTION** |

The undersigned parties, by and through their respective counsel of record, hereby stipulate and agree that all claims asserted by Plaintiff regarding sex discrimination, including Plaintiff's First Cause of Action, shall be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Dated this 29th day of April, 2013.

| HOLMAN LAW OFFICE | JACKSON LEWIS P.C. |
|---|---|
| /s/ Kristina S. Holman<br>Kristina S. Holman, Bar # 3742<br>703 S. Eighth Street<br>Las Vegas, Nevada 89101<br>*Attorneys for Plaintiff* | /s/ Elayna J. Youchah<br>Elayna J. Youchah, Bar # 5837<br>3800 Howard Hughes Parkway, Ste. 600<br>Las Vegas, Nevada 89169<br>*Attorneys for Defendant* |

### ORDER

IT IS SO ORDERED April 29, 2015.

_____
UNITED STATES DISTRICT JUDGE